Kevin C. Barrett, State Bar No. 020104
Jennifer M. Bahling, State Bar No. 013260
**BARRETT & MATURA, P.C.**
8925 E. Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5711
Email: kbarrett@barrettmatura.com
       jbahling@barrettmatura.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| 5205 Lincoln, LLC, an Arizona limited liability company, | Case No. 2:19-CV-05218-JJT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Owners Insurance Company, a foreign insurer, | (Hon. John J. Tuchi) |
| Defendant. | |

Defendant Owners Insurance Company hereby notifies the Court that the parties have settled all claims in this matter. The parties anticipate filing a Joint Stipulation to Dismiss and a proposed Order within the next 30 days upon finalizing a written settlement agreement.

Dated March 4, 2022.

BARRETT & MATURA, P.C.

*/s/ Jennifer M. Bahling*
Kevin C. Barrett
Jennifer M. Bahling
8925 E. Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Barry A. Willits
Nelson A.F. Mixon
Holden Willits, PLC
Two North Central Ave., Suite 1760
Phoenix, AZ 85004
bwillits@holdenwillits.com
nmixon@holdenwillits.com
*Attorneys for Plaintiffs*

/s/ *Holly A. McGee*
Holly A. McGee