# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 5205 Lincoln LLC, | No. CV-19-05218-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Owners Insurance Company, | |
| Defendant. | |

Pursuant to this Court's Order of March 4, 2022 (Doc. 118),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 7th day of April, 2022.

Honorable John J. Tuchi
United States District Judge